# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Robert Lewis Ward

Plaintiff

v.

All State and local Government

Defendant

4-24CV1044-P

Civil Action No.

## COMPLAINT

This Law Suit is being filed to enforce the Herms, in articles 1,2 and 3 of the US Constitution that have not been enacted since the Constitution was ratified when by the state following the Contitutional Convention of 1787.

\* Attach additional pages as needed.

Date          10/23/2024

Signature

Print Name    Robert Lewis Ward

Address       801 West 1 street, Forth Worth TX 76102

City, State, Zip   Forth Worth TX 7

Telephone     76102

# Federal Law Suit

Behalf of                                  In the _____District Court

Robert Lewis Ward                of the Northern District of the

   On behalf                          Federal Courts of the United States

Of all Citizens of the             Honorable Judge_____

United States                         Presiding


Introduction:   Since the Constitution of the United States was adopted and signed into law in 1791, it has been sworn to be upheld and defended by every public office holde who takes the oath of office.  We will show that no one to my knowledge has done so since the signing.

We will show that Articles I, II and III of the Constitution have not been upheld and it is time for them to be upheld and enforced.  The Constitution of the US was written to replace the Articles of Confederation that had failed this country for eleven years and to establish a Federal Government superior and more powerful than any denocratic government on earth.

We ask that a permanent injunction be put in place until articles I, II and III of the US Constitution are put into effect.

Article I of the United States Constitution states that

Section 1: All legislative powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

Section 2:  Representatives must not be an inhabitnat of the state in which they are elected.

Section 3: The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof, for six years; and each Senator shall have one vote.

Senators must not be an inhabitant of the state in which they are elected.

We ask that all legislative bodies except the Federal Congress be eliminated and all laws passed by those bodies be declared null and void and unconstitutional.

We ask that the House and Senate agendas be stopped until a constitutional election be held to select Representatives and Senators according to the Constitution of the United States.

Article II

Section 1 states that the qualifications for being on the ballot for President is to be a Natural Citizen, age 35 and a resident of the country for the previous 14 years.

We ask that the only ballot for President of the United States be a Federal Ballot and that the upcoming election be postponed until a

ballot can be presented that includes all candidates that filed with the Federal Election Commission by the required filing date.

Article III

Section 1: Judges shall hold their offices during times of good behavior. There is no other mention of a length of term or conditions.

We ask that lifetime appointments be abolished as unconstitutional until an amendment to the United States Constitution can be amended to state specifically what the time limit is for a term of Federal Judges.

Summation: We fully realize reasonable conclusion is to assume that the elimination of state and local governments is good for our nation and will bring unity at a time when our nation is divided as never before. Under our present system, each state acts as its own nation except for the power to raise armies. We live under so many conflicting laws that it makes for impossible justified enforcement of the laws by the law enforcement agencies of our country. A unified and one place for rule can only bring our nation back to some form of sanity in regards to governing and concentrate our attention to the public offices that so affect our lives.

In regards to your honor in this matter. What we state about what is in the articles I, II and III are clearly stated and can not be denied except by amending the constitution. It is your given oath to uphold the constitution of the United States and any such denial to enforce what is stated in the articles may be judged as treason. We ask you to grant a permanent injunction to enforce the questionable articles

and form a committee to seek means to enforce the articles in question.

Signed by

Robert Lewis Ward                                           Date

10/28/2024

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

**Instructions to a Non-Prisoner *Pro Se* Plaintiff**     **4-24CV1044-P**

Your suit _____ was filed on _____ and has been assigned case number _____.

These instructions do not include everything you need to know to pursue your case, but following them may help you avoid common mistakes that can result in delay or other consequences—including dismissal of your case.

1. **Filing Procedures** - The Local Civil Rules include the following requirements:

   - After you have filed your complaint, unless you are excused for cause or the presiding judge directs otherwise, you must:

     ▸ register as an Electronic Case Files (ECF) user within 14 days (you may register online via our website at www.txnd.uscourts.gov), and

     ▸ file any pleading, motion, or other paper electronically. (Electronic filing is not permitted in a case assigned to the docket of U.S. District Judge John H. McBryde.)

   - You must submit a judge's copy (a paper copy) of any document you file, even if you filed the original electronically.

     ▸ If you electronically file a document, follow the procedures set forth in the ECF Administrative Procedures Manual to provide the judge with the judge's copy.

     ▸ If you file a document on paper and want a file-stamped copy returned to you, submit the original, the judge's copy, and an extra copy to be returned to you, and provide a self-addressed, postage-paid envelope. The clerk cannot make an extra copy for you unless you first pay a fee of 50 cents per page.

   - You must type or legibly handwrite your documents on one side of numbered pages. Any exhibit or discovery material attached to the filing must be referred to in the filing. Any exhibit or discovery material not referred to in your filing or not attached to your filing may be returned to you.

2. **Address Change** - You must notify the Court if your address changes, or your case may be dismissed. If you are an ECF user, follow the procedures in the ECF Administrative Procedures Manual to update your address. If you are not an ECF user, promptly file a written change of address notice in your case.

3. **Rules to Follow** - You must read and follow the Federal Rules of Civil Procedure (FRCP), this court's Local Civil Rules, and the orders entered by a judge in your case.

4. **Request for Attorney** - In a civil case, you generally are not entitled to a court-appointed attorney to represent you without cost to you. If you request a court-appointed attorney, a judge will decide whether to appoint an attorney depending on the circumstances of the case. Even if the court decides to appoint an attorney, the attorney cannot be forced to accept the appointment. You may call the Lawyer Referral Service of the State Bar of Texas at (800) 252-9690 for assistance in securing the services of a private attorney to represent you for a fee.

5. **Initial Case Review** - If the Court grants leave to proceed *in forma pauperis*, service of process will be withheld pending review of your complaint, and your complaint may be dismissed pursuant to 28 U.S.C. § 1915(e)(2).

6. **Copies to Defendant** - After a defendant has been served your complaint in compliance with FRCP 4, you must serve a copy of any other document you file upon the defendant's attorney (or upon the defendant, if the defendant is *pro se*) as required by FRCP 5. If you and the opposing side are both ECF users, the ECF system will complete service for you, and a Certificate of Service is not required. If either of you is not an ECF user, or if you learn that service sent through ECF did not reach the person, you must serve the document by other means and include a Certificate of Service or file one within a reasonable time after service. Sample language for a Certificate of Service is:

   - On (Date) I filed (the "foregoing document" or Document Name) with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or *pro se* parties of record by a manner authorized by Federal Rules of Civil Procedure 5 (b)(2).
   Signature _____

7. **Discovery Materials** - Do not file discovery materials with the clerk. If you file a motion to compel discovery, you may attach only the portions of discovery that are relevant to your motion.

8. **Questions About Your Case** - The court's website at www.txnd.uscourts.gov provides valuable information. Do not write letters to the judge asking questions about your case - all communication with the judge should be through filings. Do not write letters to the clerk asking for instructions on how to handle your case, since the clerk is prohibited from giving legal advice.